**00–523 and 00–953.   State v. McKee.**

Marion App. No. 9–99–57. On motion to strike brief of appellee for failure to provide service. Motion denied and leave of ten days to file granted.

PFEIFER, J., would deny the motion.

LUNDBERG STRATTON, J., would grant the motion but grant leave of ten days to file.

**00–1238.   State ex rel. Sharif v. McDonnell.**

Cuyahoga App. No. 77120. On motion to strike notice of appeal. Motion denied.

**00–1732.   State v. Caldwell.**

Cuyahoga App. No. 44360. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**00–1758.   State v. Pugh.**

Cuyahoga App. No. 77746. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**00–1760.   State v. Brooks.**

Cuyahoga App. Nos. 75711 and 75712. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1761.   State v. Gray.**

Franklin App. No. 99AP–666 and 99AP–667. On motion for leave to file delayed appeal. Motion denied.

**00–1762.   Sharp v. Brennan.**

Erie App. No. E–00–008. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., dissents.

**00–1766.   State v. Stephens.**

Montgomery App. No. 17581. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**00–1776.   State ex rel. Howard v. Indus. Comm.**

Franklin App. No. 97AP–860. On motion for stay of execution of court of appeals' judgment. Motion denied.

On motion for contempt citation. Motion denied.

On motion to dismiss October 4, 2000 notice of appeal. Motion granted.

PFEIFER and COOK, JJ., dissent.

**00–1797.   State v. Figueroa.**

Lorain App. No. 99CA007333. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**00–1799.   State v. Price.**

Champaign App. No. 97CA6. On motion for leave to file delayed appeal. Motion denied.

**00–1801.   State v. Thorpe.**

Franklin App. Nos. 99AP–1181, 99AP–1182, 99AP–1183, 99AP–1184, 99AP–1185, 99AP–1186 and 99AP–1187. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1842.   State v. Jones.**

Hamilton App. No. C–981008. On motion for leave to file delayed appeal. Motion denied.

**00–1843.   State v. Nemchik.**

Lorain App. No. 00CA007651. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.